**DENIED and Opinion Filed October 26, 2023**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-23-01040-CV

## IN RE TRT HOLDINGS, INC., RBR REAL ESTATE HOLDINGS, LLC, BRIAN ZELMAN, AND ADAM ZEITSIFF, Relators

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-11406**

## MEMORANDUM OPINION

Before Justices Molberg, Partida-Kipness, and Breedlove
Opinion by Justice Breedlove

Before the Court is relators' October 17, 2023 petition for writ of mandamus. Relators challenge the trial court's October 5, 2023 Order Denying Defendants' Motion to Strike, Continue Trial Setting, Amend Scheduling Order, and Quash Jury Demand. Also before the Court is relators' October 17, 2023 motion for emergency temporary relief, which relators supplemented by letter dated October 23, 2023.

Entitlement to mandamus relief requires relators to show that the trial court clearly abused its discretion and that relators lack an adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig.

proceeding). After reviewing relators' petition and the record before us, we conclude that relators have failed to demonstrate entitlement to mandamus relief.

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

We also deny relators' emergency motion as moot.


/Maricela Breedlove/

231040f.p05

MARICELA BREEDLOVE
JUSTICE